ALFRED G. HOLCOMBE et al.

*v.*

TRENTON WHITE CITY COMPANY.

[Argued June 19th, 1913. Decided October 16th, 1913.]

On two appeals from a decree of the court of chancery, one by John S. Broughton, and the other by Charles J. Fury, which decree was advised by Vice-Chancellor Walker, whose opinion is reported in *80 N. J. Eq. (10 Buch.) 122.*

*Mr. John M. Dickinson* and *Mr. Gilbert Collins,* for the appellant and respondent, John S. Broughton.

*Mr. Peter Backes,* for the respondent and appellant, Charles J. Fury, receiver.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Walker.

*For affirmance*—GARRISON, SWAYZE, TRENCHARD, PARKER, KALISCH, VREDENBURGH, CONGDON, TERHUNE, HEPPENHEIMER —9.

*For reversal*—None.